UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-11034-PSG (JCGx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | WARREN M. CHADWICK, JR.  -VS-  BANK OF AMERICA, N.A., ET AL. | | |

| Present: The Honorable | PHILIP S. GUTIERREZ | |
|---|---|---|
| Wendy Hernandez | | Miriam Baird |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| PRO SE Warren Chadwick, Jr. | | Tracy Moyer |

**Proceedings:**     DEFENDANTS' MOTION TO DISMISS
FILED 01-17-13 (DOC. 5); REQ FOR JUDICIAL NOTICE (DOC. 6)

The Court questions the parties regarding the status of the settlement agreement, and with the agreement of the parties, dismisses the case, and retains jurisdiction to enforce the settlement agreement.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | wh | |